```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


SHEILA PALLIS,         )
     Plaintiff,        )
                       )                    CIVIL ACTION NO.
v.                     )                    11-12162-DPW
                       )
HOLY SEE, et al.,      )
     Defendants.       )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's ruling on May 3, 2012, made in open court, granting the defendant's Motions to Dismiss, for reasons stated on the record in open court and reflected in the stenographer's notes, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED in its entirety.

                                        BY THE COURT,

                                        /s/ Jarrett Lovett

                                        Deputy Clerk

DATED: May 3, 2012